37,614-05

Henry Earl Ester
SPN-00585294-4E3
701 N. San Jacinto St.
Houston, Texas 77002

December 30, 2014

Court of Criminal Appeals Court Clerk:

RE: 13DCR-065003HC1. Ex Parte: Henry Earl Ester, District Court No. Notice of Question of First Impression.

Dear Clerk,

Enclosed, please find my Notice and brief response to the trial courts' finding of facts and conclusion of law. Please file, and or attach the same to the record submitted by the District Clerk of Ft. Bend County, and return a file marked copy of the same to me as addressed above in the SASE enclosed.

Thank you for your immediate assistance and consideration in this matter. I await your kind response.

Sincerely

Henry Earl Ester

cc: filed, States Attorney

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

**CAUSE NO** _____

**DISTRICT COURT WRIT NO. 13=DCR-065003HC1**

**EX PARTE:**

**HENRY EARL ESTER**

**PETITIONER**


**IN THE TEXAS COURT OF CRIMINAL APPEALS**


**QUESTION OF FIRST IMPRESSION**

Posed on petition for a writ of habeas corpus pursuant to Art. 11.07 T.C.C.P


**Henry Earl Ester**
**Pro Se**
SPN. 00585294 - 4E3
701 N. San Jacinto
Houston, Texas 77002

CAUSE NO._____

DISTRICT COURT WRIT NO. 13-DCR-065003HC1

EX PARTE       )    IN THE TEXAS COURT

            (       OF

HENRY EARL ESTER    )    CRIMINAL APPEALS

## NOTICE OF QUESTION OF FIRST IMPRESSION
## AND BRIEF RESPONSE TO THE TRIAL COURTS'
## FINDING OF FACT AND CONCLUSION OF LAW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

NOW COMES Henry Earl Ester, petitioner in the above styled cause and files this Notice that before it comes what he believes to be a Question of First Impression in which he relies on the court to address, and/or settle the matter, and grounds and in support thereof would show the court the following:

### PROCEDURAL HISTORY OF WRIT

On 12/2/14, petitioner filed with the Ft. Bend County district Court Clerk his application for a writ of habeas corpus pursuant to Art. 11.07 T.C.C.P., alleging that the trial court was deprived of jurisdiction through the improper termination of it's charging instrument ie indictments (See petitioners' writ page 1, 2, and 3.

The State filed its response without addressing the claim on the merits, and the trial courts' findings of fact and conclusion of law both being filed at the same time and on 12/16/14 failed to address the matter of jurisdiction and on the law regarding the legal procedure for re-indictment of an accused while incarcerated.

### NOTICE OF QUESTION OF FIRST IMPRESSION

The State of Texas, and/or its attorneys of Ft. Bend County, Texas appear to be under the impression that it can seek a re-indictment of an accused while its original indictment still has full force and effect , and therefore is able to hold multiple indictments over the head of an accused.

Petitioner is a layman, but even from a layman's prospective, there can be found a fundamental due process and equal protection violation of the US Constitution, and moves this court to stop the Ft. Bend County DA's office from its constitutional violations.

1

## PRAYER

WHEREFORE, petitioner prays the Honorable Court will after due consideration...find that there are facts unresolved, and set this case for submission wherein it will find that petitioner's conviction and sentence is void, enter an order to the district court to vacate the same with prejudice.

Henry Earl Ester
Pro Se

## CERTIFICATE OF SERVICE

Petitioner has by US Mail served on the Attorney for the State a true and correct copy of the foregoing.

Henry Earl Ester

2